# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# ABINGDON DIVISION

| | |
|---|---|
| CALEB SHANE TESMER, | ) |
| | ) Case No. 7:19-CV-587 |
| Plaintiff | ) |
| v. | ) By:  Michael F. Urbanski |
| | ) Chief United States District Judge |
| HONEYWELL INTERNATIONAL, INC., | ) |
| Defendant | ) |

## ORDER OF DISMISSAL

The parties to this case have filed a joint stipulation of dismissal. ECF No. 62. Accordingly, this case is hereby **DISMISSED with prejudice** and **STRICKEN** from the active docket of the court, with each party to bear its own costs and attorney's fees.

It is so **ORDERED**.

Entered:   April 4, 2022

*/s/ Michael F. Urbanski*
Michael F. Urbanski
Chief U.S. District Judge
2022.04.04 17:51:13 -04'00'

Michael F. Urbanski
Chief United States District Judge